## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Jay Meilstrup, | ) | |
| | ) | |
|     Plaintiff, | ) | **ORDER SCHEDULING SETTLEMENT** |
| | ) | **CONFERENCE** |
| vs. | ) | |
| | ) | |
| Standing Rock Sioux Tribe, | ) | Case No. 1:25-cv-162 |
| Standing Rock Tribal Council, | ) | |
| and Ryan Hertle, | ) | |
| | ) | |
|     Defendants. | ) | |

**IT IS ORDERED:**

A settlement conference will be held before the undersigned on October 30, 2025, at 9:30 AM at the U.S. Courthouse located in Bismarck, North Dakota (courtroom 2).

The conference shall be attended, in-person or virtually, by all parties, together with trial counsel (if they are represented) for each party. At least one person for each party shall appear in person to facilitate the virtual appearance by others. Requests for relief from this requirement must be made in advance.

An insured party need not attend unless the settlement decision will be made in part by the insured. When the settlement decision will be made in whole or in part by an insurer, the insurer shall attend. The persons attending shall be vested with the necessary settlement authority. Any relief from these requirements must be obtained in advance. Failure to attend the conference as provided may result in an award of costs, fees, and/or other sanctions.

Each party shall submit a concise confidential settlement statement <u>at least two days prior to the final settlement conference</u> to the undersigned at at ndd_J-Hochhalter@ndd.uscourts.gov. The settlement statement shall not be filed in case. Rather, it shall be exclusively used by the undersigned to prepare for and conduct the settlement conference. Copies of the settlement statement shall not be provided to the other parties in the case.

The settlement statement should contain a concise recitation of the facts, a discussion of the strengths and weaknesses of the case, the parties' positions on settlement, including a present settlement proposal, and a report on any settlement efforts to date. Exhibits may be attached to the settlement statement. The parties are directed to be candid in their statements.

Counsel are directed to confer with their clients in advance of the conference to explore the parties' settlement positions, and the parties are encouraged to exchange settlement proposals prior to the conference. These steps will enable the conference to progress more expeditiously.

Dated this 20th day of October, 2025.

*/s/ Clare R. Hochhalter*  
Clare R. Hochhalter, Magistrate Judge  
United States District Court