**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Jay Meilstrup, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Standing Rock Sioux Tribe, | ) | |
| Standing Rock Tribal Council, | ) | |
| and Ryan Hertle, | ) | Case No.: 1:25-cv-00162 |
| | ) | |
| Defendants. | ) | |

On May 26, 2026, the parties convened for a status conference to discuss various discovery disputes, including disagreements as to the number of permitted interrogatories and the scheduling of depositions.

For the reasons articulated during the conference, the court **DENIES** Defendants' *Motions for Sanction and Contempt* (Doc. Nos. 38, 39) and deems **MOOT** Plaintiff's *Motion to Dismiss Defendant's Motion for Contempt and for Sanctions*. (Doc. No. 41).

It is further **ORDERED** that Plaintiff shall provide 30 total interrogatories to Defendants and for Defendants to respond to the interrogatories by June 16, 2026, and for the parties to schedule depositions and complete depositions of Plaintiff and Defendants by June 16, 2026. The parties are further reminded that the dispositive deadline is currently set for July 17, 2026.

**IT IS SO ORDERED.**

Dated this 26th day of May, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court