**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Jay Meilstrup, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Standing Rock Sioux Tribe, | ) | |
| Standing Rock Tribal Council, | ) | |
| and Ryan Hertle, | ) | Case No.: 1:25-cv-00162 |
| | ) | |
| Defendants. | ) | |

On August 5, 2026, the parties convened for a status conference regarding a discovery dispute. At the forefront of the discussion was the failed deposition of Plaintiff, which the court notes is now the third attempt at completing his deposition.

For the reasons articulated at the time of the status conference, the parties are directed to complete the deposition of Plaintiff by September 4, 2026, but the court highly recommends the parties take note that it is the preference of this court that the deposition be completed as soon as possible. The deposition shall be conducted either by video conference or in-person, at a time this court is available, at a minimum, by telephone, to intervene should the need arise.

If the deposition is not successfully completed, ten days after the scheduled deposition Defendants may file a motion to compel and/or motion for sanctions. Any motion for sanctions may include relief up to, and including, dismissal with prejudice. If such a motion is filed, Plaintiff shall have five days to respond, and Defendants shall have three days from the filing of the response to reply.

**IT IS SO ORDERED.**

Dated this 6th day of August, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court